```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 04267
    DIONNE P MARSHALL
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-9290

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 02/25/2008 and was not confirmed.

    The case was dismissed without confirmation 04/09/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED        2700.51          .00            .00
PREMIER BANKCARD           UNSECURED         433.50          .00            .00
US DEPT OF EDUCATION       UNSECURED            .00          .00            .00
CITY OF CHICAGO PARKING    SPECIAL CLASS  NOT FILED          .00            .00
CALVARY PORTFOLIO          UNSECURED      NOT FILED          .00            .00
CBA COLLECTION BUREAU OF   UNSECURED      NOT FILED          .00            .00
CREDIT PROTECTION ASSOCI   UNSECURED      NOT FILED          .00            .00
HARRIS & HARRIS            UNSECURED      NOT FILED          .00            .00
IC SYSTEMS INC             UNSECURED      NOT FILED          .00            .00
WEST ASSET MANAGEMENT      UNSECURED      NOT FILED          .00            .00
AVA HARRIS                 NOTICE ONLY    NOT FILED          .00            .00
DANIEL M MOULTON           DEBTOR ATTY     2,200.00                         .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                             .00
                       ---------------      ---------------
TOTALS                        .00                         .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                     /s/ Tom Vaughn

Dated: 07/24/08                  _____
                                                   TOM VAUGHN
                                                   CHAPTER 13 TRUSTEE